The next argument is Association of Administrative Law Judges v. Colvin, Ms. Zahm. Ms. Zahm May it please the Court, I am Marilyn Zahm representing the Appellant, the Association of Administrative Law Judges, which represents 1,200 Administrative Law Judges at the Social Security Administration and the three individual plaintiffs who are judges. I am also an Administrative Law Judge hearing cases in the Buffalo office. This case is about judicial integrity and the integrity of the entire administrative judicial system. It is a case about a quota that directs judges to issue favorable decisions or cut corners, denying claimants due process and fair adjudication of their cases. It is not a case about working conditions. Judge Goldberg The bottom line is you are an employee, your clients are employees of the executive branch of government. They are not the third branch of government, right? Ms. Zahm Yes, correct. Judge Goldberg So you start out in a much different posture. So the question is, do these statutes that were enacted give you something that you wouldn't normally have as occurs in the third branch? Ms. Zahm Well, through the APA, Congress has set out a scheme as to how administrative adjudication should be accomplished. As part of that scheme and as a very central part of that scheme, the Administrative Law Judges have to have judicial independence. That is clear through case law. The Supreme Court has called Judge Goldberg I don't see how this affects judicial independence. Ms. Zahm The quota directs that the judge issue favorable decisions or cut corners. Judge Goldberg No, that is not a proper definition. The quota says you are supposed to do what, 500 to 700 cases a year? Ms. Zahm The quota says we have a minimum of 500 cases. Judge Goldberg 500 cases a year. Now how does having to do 500 instead of 400 or whatever people do, how does that interfere with your adjudicative independence? Ms. Zahm Because paying cases is faster and it's easier because those cases are not appealed. The government is not represented in our courtroom and very little scrutiny is given to cases that are paid. There are no studies showing that a judge can properly adjudicate a minimum of 500 cases a year and still comply with the requirements of the APA and all of the rules, regulations and law of the Social Security Act. In fact, the agency asserts that it should take us two and a half hours to adjudicate a case. That includes opening the file, reading all of the voluminous records, most of which are medical records, holding a full and fair hearing, developing the record, ensuring that all of the evidence... Judge Goldberg Well, you're saying that to do a good job, they'll have to work harder. Ms. Zahm I don't think it's a question of working harder. Judge Goldberg Why not? If they work harder, they can do what they're doing now, right? Ms. Zahm No, because it takes a certain amount of time to do the work. You cannot cut... Judge Goldberg But judicial workloads, for example, vary across districts and state and circuits and so on. Some courts have heavier workloads so the judges have to work harder. Is that an interference with judicial independence? Ms. Zahm If by working harder we could accomplish the 500 case minimum, we would not be here. It's not a question of working harder. The work takes a certain amount of time. It takes a certain amount of time to read the record. It takes a certain amount of time to hold a hearing. Judge Goldberg But isn't that a job for the administration to determine? Ms. Zahm Well, the administration has determined this without any basis. They have not conducted any studies. Judge Goldberg Why do you think they've done this? Ms. Zahm It's political expediency. Judge Goldberg What do you mean? Ms. Zahm That they have a certain number of cases that have to be moved through the system and therefore the judges are just going to move them through the system. Judge Goldberg Well, that sounds like a pretty good reason, right? Ms. Zahm Well, not if it perverts the administrative... Judge Goldberg If the judges refuse to work harder... Ms. Zahm Again, Judge Posner, I don't mean to disagree, but it's not a question of working harder. If I work harder... Judge Goldberg How do you know? How do we know? What's the evidence of that? Ms. Zahm Well, you see the cases that we handle coming through your courtroom. Judge Goldberg What's the evidence in this case that the judges can't work harder and handle 500 cases a year? Ms. Zahm We are prepared to show at trial that this is not a case of requiring judges to work harder, but perverting the heads... Judge Goldberg How many cases do they handle before this rule? Ms. Zahm I think that varied. It also depends... Judge Goldberg Now, answer my question. Ms. Zahm The average judge would probably handle between 300 and 500 cases prior to this. Judge Goldberg Well, suppose that sounds like an average of 400. So, what's the evidence that if you increase their case load by 25 percent, they can't handle that increase? Ms. Zahm Well, I could handle 100 cases a day if all I did was rubber stamp them. It's not a question of handling the cases. It's a question of performing your statutory obligations of giving the claimant due process, of reading the entire record, of developing the case. And if you don't do that, the outcome is affected. Either you will pay the case, as we have a number of judges who simply paid all cases before them in order to meet quotas, or you give the claimant short shrift. That's not a judicial system that has any integrity. Judge Goldberg No, my question is more specific. Suppose the average judge, the average administrative law judge, handles 400 cases a year. How difficult is it for him to handle 500? Ms. Zahm I can speak from my own experience, because I probably, when I was a full-time judge, did close to 400 cases a year. I was pushing it to do that many. You have to work extremely hard to get that many out. And cases can vary from jurisdiction to jurisdiction. Judge Goldberg So why doesn't the agency hire more administrative law judges? Ms. Zahm Because Congress, in the past, has given the agency less money than it needs to accomplish its mission. The agency is in the process of hiring more judges. The problem is there are more claims than ever. The agency could change the system to have more cases paid at the front end, or to have rules of procedure. There are plenty of things the administration can do to streamline the system and allow us to do our jobs properly, but they don't. They just pressure, they just set minimums. Judge Goldberg Of course, all of this is really, for our present purposes, kind of beside the point, isn't it? I mean, what we have to decide is whether you can maintain an action under the APA, or whether, in fact, the CRSA is the only possible remedy, as the government suggests. And I gather the real question is whether this is a working condition or not. Ms. Zahm Yes, exactly. Judge Goldberg And it seems to me you've been describing a working condition. Can you tell me why you don't think this is a working condition subject to the CSRA? Ms. Zahm Working condition is the physical conditions under which the employee works, or the workplace, the physical conditions of the workplace, or the method of work. The integrity of the judicial system and judicial independence is not a working condition. Judge Goldberg Well, what if they said, to handle our heavy workload promptly, instead of working eight hours a day, you have to work ten hours a day? Ms. Zahm Many of our judges are already working ten hours a day. Judge Goldberg That's not a response to my question. Ms. Zahm If the agency said you have to work ten hours a day, they'd be violating other federal statutes. Judge Goldberg That's not responsive either. Ms. Zahm I suppose that it is possible for a judge to work enough hours to do a credible job if you work 15 hours a day, but then that will take its toll on the judge's health and family. Judge Goldberg Yes, certainly, but that would be a change in working conditions. Just following on what Judge Ripple was saying, it looks as if what they're doing is making the judges work harder in order to expedite the output of these cases. So that sounds like a change in working conditions. Not clear how it affects judicial independence. Ms. Zahm It affects judicial independence because it directs an outcome. Judge Goldberg No, it does not direct an outcome. That's wrong. Ms. Zahm The federal circuit  they can take a shortcut. They're not being told, well, just grant benefits to everybody. That's certainly not the Social Security Administration's goal. They've always been cheap, actually. We're just saying, look, if I'm told to do something, do more work, well, maybe I can find a shortcut that will deserve the system. In other words, I can behave badly. Ms. Zahm I think that it is impossible to perform the work that needs to be done to meet our statutory obligations with this minimum, regardless of how hard the judge works or how long the judge works, within any kind of reasonable bounds. Judge Goldberg Well, that's fine, but remember, you call it a quota and so on. The Social Security Administration calls this a goal and you should work for it and so on and so forth. So if you have an honest judge who's not going to just grant benefits automatically to speed up the process and he finds he can only do 450 cases a year, well, he's doing the best he can. Now, who knows what will happen as a result of that? Ms. Zahm We have pled a quota and we are prepared to establish that at trial. It's not some innocent attempt by the agency to promote good public services. Judge Goldberg Well, what happens to someone who's good and he's rarely reversed by courts and so on and he only does 450 cases? Now, what are they going to do to him? Are they going to tell him, just grant, just grant the benefits. That's all you have to do. Ms. Zahm They're going to discipline him. Judge Goldberg How? Ms. Zahm Suspension, removal. We've had judges given directives. Judge Goldberg What you're basically saying is that political pressure to affirm rather than reverse is something other than a job condition. Ms. Zahm Exactly. Judge Goldberg That is political pressure to do something other than perform your duty under the statute. Ms. Zahm Exactly. Judge Goldberg And that that's what's happening and that you don't have to go to the agency that's doing it to tell them you have a right to go to the Article III Judiciary and say the executive branch is not following the statute. Ms. Zahm Exactly. That's correct. And the CSRA does not preclude that action.  Judge Goldberg Well, when did the quota go into effect? Ms. Zahm You know, it morphed from a guideline in 2006 up to a quota in 2009, 10, 11 and 12 and finally we filed this action in 2013. Judge Goldberg So what's been the effect on the percentage of claims that are granted? Ms. Zahm That is a hard question to answer because what happened in the meantime was the Great Recession and we had a flood of claims from people who could not find jobs who did not meet our definition of disability at flooding our system. So we do have statistics to show that judges who issue 500 decisions a year have a higher pay rate than judges who issue less than 500 decisions a year. We are prepared to show at trial that this quota affects the outcome of cases. Judge Goldberg But the causality could be the reverse. It could be the judges who are prone to grant for reasons unrelated to quotas of course decide more cases. Ms. Zahm I think that we can show that it's the pressure of the quota that forces judges. We have statistics. We have testimony. We'll have a study to show that. So I see my time is up. Judge Goldberg Your only premise is it takes longer to grant than it does to deny. Ms. Zahm It takes longer to deny than it does to grant. Granting a case, a couple of minutes. A couple of minutes. Judge Goldberg Regardless which way it is, the, so that's your, that's your basis for saying  the outcome of the cases. Ms. Zahm Yes, yes sir. Judge Goldberg Do you think the Social Security Administration wants more grants and that's why it's doing this? Ms. Zahm No, I think it is political considerations. You know, if the bias towards Judge Goldberg What do you mean by political consideration? Ms. Zahm They have a certain number of cases. OMB says what are you going to do in terms of numbers of cases for the amount of money that you're being given. Judge Goldberg So they're trying to, they're trying to, they're trying to expedite the cases to save money. They're not trying to grant more. But you're saying it's a, it's a likely consequence that they will grant more. Ms. Zahm Yes, we can prove that. If given enough Judge Goldberg What does that have to do with judicial independence? Ms. Zahm Well, directing the outcome of a case by the Judge Goldberg No, they're not directing the outcome of the case. They're telling these people you have to, you have to produce faster. And one perhaps unavoidable consequence is that there will be more grants. But, but that's an incidental effect. Look, any change in employment could affect how they decided cases, right? Ms. Zahm I don't believe so. I believe that this Judge Goldberg No, that's not true. Suppose they changed retirement benefits. Suppose they reduced retirement benefits for these people. Then they might decide well, I better get out of here. Ms. Zahm That's true. I think that would be the likely effect. Judge Goldberg That would certainly be an interference with judicial independence. You have a judge who said I can't work at all. I can't afford to. I need to get a job with decent retirement. Ms. Zahm Yes, but that doesn't affect the outcome of the case. It might affect the judge's employment but it doesn't affect the outcome of the case. I think the Supreme Court has held that when you subject Judge Goldberg I don't understand you. If a person is forced out that certainly interferes with his judicial independence. You can't decide cases. You don't have  anymore. Ms. Zahm Well, that's true.  well thank you Ms. Zahm. Ms. Patterson Thank you, Your Honors. The Civil Service Reform Act is a comprehensive statute with a lot of painstaking details about which employees can appeal to which tribunals for which actions and how at the end of the day they can or may not be able to get judicial review of an employment matter. How many carves-outs for intelligence agencies I'm just not sure but this is generally covered.  employment, social security, many of the things we see on appeals. Ms. Zahm Yes, Your Honor. This covers the field of federal employment. I think the Supreme Court has made that clear in Fausto and again and what we have here is a dispute about an employment matter. You have employees, the ALJs, who are very unhappy with something that their employer All the people doing this kind of work that are now referred to as administrative law judges, they used to be called commissioners in many cases. Is there a difference in the administrative  I know that may not make a difference, but that was my question is are there still some that are  commissioners rather than administrative law judges? Ms. Zahm I'm not sure of the answer to that, Your Honor. I do know that administrative law judges is what we have before this court, and I know that Congress contemplated how administrative law judges should complain about employment matters in the CSRA. It's not like they're a category of employee that Congress simply didn't provide for in the CSRA. In 5 U.S.C. 7521, made some very specific provisions about ALJs, and unlike most federal employees, who can be ALJs, if an agency thinks there is good cause to remove or suspend or reduce the pay of an ALJ, they have to start in front of the MSPB and ask the MSPB to take that action. If the ALJ is unhappy with the result of the MSPB decision, there's a very specific provision for judicial compliance with the MSPB.          compliance with the MSPB decision. The MSPB has a very specific provision for judicial compliance with the MSPB They could or could not. They could not, but I want to make clear it's the agency that would have to start before the MSPB to ask MSPB hey, I think there's good cause to remove this ALJ. What could these people do with this complaint now within the existing statutory structure? They could go to the office of special counsel, your honor. I think there's some debate in the papers about the scope of authorities of the office of special counsel and on appeal I think that appellants have made clear they don't think these were taken on a prohibited basis which did not make them a prohibited personnel action. Well, Ms. Zahm said that anyone who doesn't do his 500 cases will be fired. If that's true, your honor, they would the agency can't fire an ALJ. The agency would have to go to MSPB and say Well, she said they could. Well, that is incorrect, your honor. Under 5 U.S.C. 7521, an agency may not terminate an ALJ. They have to go to this other independent board and make a case. They file a complaint with the MSPB saying we think there is good cause to terminate or suspend. Has this happened? That is, this quota has been in effect for a while, hasn't it? The Abrams case cited in our papers, your honor, certainly a similar challenge was raised and the Social Security Administration trying to get the person fired for not meeting his quota? Not for not meeting the quota, your honor. Well, have there been any cases where the Social Security Administration has gone to MSDC and said this person is not making his quota so we want to look at their complaint. It says we're afraid that might happen. It doesn't say it did. How many cases has this board handled since its inception? I couldn't number them, your honor. It's been around since 1978. I assume the cases number in the thousands if not hundreds. So it's not something brand new? No, your honor. I think this is a key point. The MSPB is a well established body and it's also very well established that the only court that reviews its decisions is the Federal Circuit. Let me back up. Any time any agency wants to remove an employee from the Federal Circuit? Yes, your honor. Now, if what they're complaining about, and I think what they are complaining about, are less serious actions. We see in the complaint that they experience pressure, that they get emails about, you know, deciding more cases. Where Congress has said, okay, for these employment actions, you get this sort of review, and then they haven't provided a recourse for lesser actions, it would be incredibly . . . Having a judicial independence threatened is a lesser action than being fired, in the executive branch's view. Your honor, I don't agree with that, and I don't agree that there is any infringement. I thought that's what you just said. Your honor, what I was saying is, their actual complaints, which are, we receive emails, we experience pressure to decide more cases, is a sort of lesser action, and I don't think there'd be any debate that getting an email from your supervisor is a less serious action than being fired.      and I    any legal action that could be taken to make very clear that Congress has precluded other avenues to judicial review. Your Honor, I would disagree with that characterization. We are bound to advise this Court about the bounds of its subject matter jurisdiction. And the fact that the CSRA precludes this type of judicial review goes to this Court's subject matter jurisdiction. I think we all acknowledge that ALJs do very important work. And I think we said as much when we quoted the Gray decision from the D.C. Circuit. It says, yes, ALJs play a pivotal role in our administrative law scheme. But we cannot create special avenues to review that Congress has not seen fit to provide them with, particularly when the CSRA as a whole precludes those types of judicial review. Remember, the CSRA was passed to replace the outdated system, the patchwork that various employees would try to get judicial review or try to get administrative review. So your point is, it's not your client's problem, it's Congress's problem. Congress just hasn't given these people a great deal of judicial independence. I think certainly we do have to look to Congress in deciding how to enforce the judicial independence they have. And Congress made that clear. They can go to the MSPB if something, one of the specified actions in 7521 occurs to them. Let me follow up, if I may, with just one more question. Did I read your brief correctly in this respect? Suppose these individuals were to bring their complaint to the Office of Special Counsel and it went up the roof and finally somebody on that roof let's say the Federal Circuit said, well, their complaint really is incognizable under the CSRA. I have to fight the hypothetical a little bit, Your Honor. I apologize. When you go to the Office of Special Counsel, sometimes you get to the MSPB, which means you have a view of right to the Federal Circuit and sometimes you don't. These plaintiffs have specifically said that the route that gets you to the MSPB, that this is a prohibited personnel practice, does not apply here. They clarify that on appeal. So what's left to them are the OSC's authority under 5 U.S.C. 1213 that gives OSC the authority to investigate, to require the agency to investigate and then has a very particular scheme not of judicial review but of reports to the relevant Congressional Committees and reports to the President. So, there would be my point is, if the CSRA doesn't cover this at all and they're left to some other remedy, your point is, that's the scheme that's fine, am I correct? That's right. I read the brief correctly. You did. And I think the D.C. Circuit has put it very poetically under the CSRA. Poetically, what you get under the CSRA is what you get and courts are not supposed to create new avenues of review. You get what you get in the CSRA and that's all. I see I'm almost out of time. If there are no further questions, I'll rest to my briefs. Thank you, Ms. Patterson. Ms. Zahn? Thank you. Just a couple of points. The MSPB does not have jurisdiction over cases of judicial independence, although they have said that ALJs could bring an action in federal court. So, the MSPB has already directed us to federal court. What is the worst thing that the Social Security Administration has done to administrative law judges who haven't decided 500 cases a year? Well, they actually have removed one judge, although I concede that he had woefully inadequate case decision making. What they do is  directives. If you fail to follow the directive, then you will be suspended or terminated. Most people do not want to put their jobs on the line, so they try to comply with the directive. I'd like to also mention... But if this person were removed, then he would have a remedy before the MS and whatever it is? If the person were removed, he would have a remedy in front of the MSPB, but none of us wants to put our jobs on the line to do that. Have there been any cases in which the allegation was that they were that some superior was trying to achieve a certain outcome of a particular case? Yes. We have an instance and again, this is part of our proof at trial that one managerial judge told some judges who were having difficulty meeting this quota just read the file until you can pay the claim and then stop. They've also said get an egg timer. Put it on your desk. Start reading the file. Give yourself 45 minutes, an hour. When the egg timer goes off, you just close that file and move on. Counsel, if after hearing this argument and reading whatever opinion we might come up with, a litigant for social security benefits were to make the arguments that the system is in fact rigged and therefore denial of due process of law. Would that be a cognizable claim to make before you as an ALJ and before the board and eventually to the district court? The problem with claimants making that kind of a claim is that they don't know how the quota is used and enforced. You say it benefits them. You know, it all depends how you look at it. As a group, claimants have an interest in an adjudicatory system that is fair. No, they have an interest in getting their claims paid. And you say the laxity you are concerned with is more claims being paid. If unlawful not unlawful, but if more claims are paid than should be, the trust fund will be depleted. Unless Congress replenishes that trust fund, all claimants will suffer a cut to their benefits. So in the long run, this does not benefit the claimants as a group. I'm sorry, I see that my time is up. Thank you very much Ms. Zahm and Ms. Patterson.